UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN WOLOSZYN, individually and for others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PATRIOT DRILLING FLUIDS, Q'MAX SOLUTIONS, Q'MAX AMERICA, INC. <br><br> Defendants. | NO. 2:17-CV-1076-AJS <br><br> JUDGE ARTHUR J. SCHWAB |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Shawn Woloszyn and all settlement opt-in class members (collectively "Plaintiffs") and Defendants Patriot Drilling Fluids, Q'Max Solutions, and Q'Max America Inc. (collectively "Defendants"), it is hereby ORDERED that this action be dismissed with prejudice. Each party shall be responsible for his, her, or its own respective costs and attorneys' fees incurred as a result of this action.

SO ORDERED this 10th day of Oct. 2019.

_____
Arthur J. Schwab
United States District Judge